AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* American Advisors Group, Inc.
was received by me on *(date)* 11/15/2019 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Mai Houa Yang, , who is designated by law to accept service of process on behalf of *(name of organization)* Cogency Global, Inc. 1325 J St., Suite 1550 Sacramento, CA 95814 on *(date)* 11-18-2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/18/2019

*Server's signature*

Michael Lynn Henry
*Printed name and title*

Inservio3
17942 Sky Park Circle, Suite G
Irvine CA 92614
(949) 777-5496
*Server's address*

Additional information regarding attempted service, etc: