IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah Schick, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>American Advisor Group, Inc., a California corporation,<br><br>Defendant. | Case No. 2:19-cv-05626-SPL<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF RESPONSES TO MANDATORY INITIAL DISCLOSURE REQUESTS** |

      Plaintiff Deborah Schick hereby certifies that on February 5, 2020, through her counsel, she served her Responses to Mandatory Initial Disclosure Requests on Defendant via email and U.S. Mail.

Respectfully submitted,

Dated: February 5, 2020

**DEBORAH SCHICK**, individually and on behalf of all others similarly situated,

By: /s/ Patrick H. Peluso
      One of Plaintiff's Attorneys

Penny L Koepke
Maxwell & Morgan PC
4854 E Baseline Rd., Suite 104
Mesa, AZ 85206
Fax: 480-969-8267
Email: pkoepke@hoalaw.biz
Phone: 480-833-1001

Steven L. Woodrow*

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Class
* *Pro Hac Vice*