COPPERSMITH BROCKELMAN PLC
Marvin C. Ruth (024220)
mruth@cblawyers.com
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
Telephone:  (602) 224-0999
Facsimile:  (602) 224-6020

BLANK ROME LLP
Ana Tagvoryan (SBN 246536) (Appearing *Pro Hac Vice*)
atagvoryan@blankrome.com
Neeru Jindal (SBN 235082) (Appearing *Pro Hac Vice*)
njindal@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone:  (424) 239-3400
Facsimile:  (424) 239-3434

Attorneys for Defendant,
AMERICAN ADVISORS GROUP
(*erroneously sued as American Advisor Group, Inc.*)

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah Schick, individually and on behalf of all others similarly situated, | Case No. 2:19-cv-05626-SPL |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| vs. | |
| American Advisor Group, Inc., a California corporation, | |
| Defendant. | |

147217.00614/122883001v.1

Plaintiff Deborah Schick and Defendant American Advisors Group, by and through their undersigned counsel, hereby notify the Court that they have resolved all of the pending individual claims asserted by Plaintiff in the above-referenced matter. The parties will file a Stipulation of Dismissal with prejudice once the Settlement Agreement and Release is fully executed and performed.  Accordingly, the parties respectfully request that the Court stay all pending deadlines, and remove this action from the Court's active docket.

DATED:  March 17, 2020        BLANK ROME LLP

                              */s/ Ana Tagvoryan*
                              By: Ana Tagvoryan
                                  Neeru Jindal
                                  Attorneys for Defendant,
                                  AMERICAN ADVISORS GROUP
                                  (*erroneously sued as American Advisor Group, Inc.*)

DATED:  March 17, 2020        WOODROW & PELUSO

                              */s/ Patrick Peluso*
                              By: Patrick Peluso
                                  Attorneys for Plaintiff,
                                  DEBORAH SCHICK

                              ** *Consent to e-signature received via email on March 17, 2020*

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*/s/ Dia S. Alessi*
DIA S. ALESSI