IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah Schick,<br><br>              Plaintiff,<br>vs.<br><br>American Advisor Group Incorporated,<br><br>              Defendant. | No. CV-19-05626-PHX-SPL<br><br>**ORDER** |

No request to reset this matter on the Court's calendar or a stipulation to dismiss having been filed, in accordance with the Court's March 19, 2020 Order (Doc. 24),

**IT IS ORDERED** that this action is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 20th day of April, 2020.

                                                Honorable Steven P. Logan
                                                United States District Judge